UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BRYAN CLAYTON ROBERTS (#391241)**

**VERSUS**

**DARRELL VANNOY, ET AL.**

CIVIL ACTION

NO. 16-0600-JWD-EWD

### RULING ON APPEAL

This matter is before the Court on an Objection regarding Plaintiff's Motion to Proceed In Forma Pauperis issued by United States Magistrate Judge Erin Wilder-Doomes on October 6, 2016, (Doc. 5). The Court has reviewed the Appeal and the order of the Magistrate Judge. The Court finds no error of fact or law. Indeed, the Court agrees with the Magistrate Judge's assessment.

Accordingly, there being no basis for the Objection to Magistrate Judge's Order, (Doc. 5) on Plaintiff's Motion to proceed in forma pauperis, the said order of the Magistrate Judge is **AFFIRMED**.

Signed in Baton Rouge, Louisiana, on October 18, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**