# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BRYAN CLAYTON ROBERTS (#391241)**

**VERSUS**

**DARRELL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 16-0600-JWD-EWD**

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated July 31, 2017, to which no objection was filed:

**IT IS ORDERED** that this proceeding be DISMISSED, without prejudice for failure of Plaintiff to pay the initial partial filing fee ordered by the Court.

Signed in Baton Rouge, Louisiana, on September 11, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**